### 72758. McKINNEY & COMPANY, INC. v. LAWSON.
(360 SE2d 289)

McMURRAY, Presiding Judge.

Our judgment in *McKinney & Co., Inc. v. Lawson*, 180 Ga. App. 550 (349 SE2d 763), has been reversed by the Supreme Court of Georgia on certiorari. *McKinney & Co., Inc. v. Lawson*, 257 Ga. 222 (357

SE2d 786). In accordance with the opinion of the Supreme Court, our judgment is hereby vacated and the judgment of the Supreme Court is made our own. Accordingly, the judgment of the trial court is reversed.

*Judgment reversed. Carley and Pope, JJ., concur.*

DECIDED JULY 15, 1987.

*David A. Handley, Hugh M. Worsham, Jr.,* for appellant.
*James L. Ford, Charles H. Davis, Jr.,* for appellee.